# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER GRANTING MODIFICATION** |
| Plaintiff, ) | **OF ORDER OF DETENTION** |
| ) | |
| vs. ) | |
| ) | Case No.: 4:10-cr-063 |
| Jordan Allen Decoteau, ) | |
| ) | |
| Defendant. ) | |

Defendant Jordan Decoteau filed a motion with this court on March 1, 2012 requesting a temporary release from custody to attend his mother's funeral. AUSA Brandi Sasse Russell, on behalf of the United States, filed a response to the motion on March 1, 2012, stating that while the United States did not oppose defendant's release to attend the wake and funeral, it has concerns regarding the length of the release, which includes an overnight stay. The United States cites defendant's history of non-compliance with the terms of his supervised release and his substance abuse history, and requests that the court issue an order that ensures compliance and the court deems reasonable.

The court **ORDERS** that the terms of defendant Jordan Decoteau's supervised release be modified to allow him to be released from Ward County Jail to the custody of James Flemming at 12:00 noon on Monday March 5, 2012, and that he be returned to Ward County Jail no later than 7:00 p.m. on Tuesday, March 6, 2012. Defendant is ordered to reside at the home of his aunt, Lisa Decoteau Jeanotte at 303 Tansee Avenue, Dunseith, North Dakota during his overnight stay in Dunseith.

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2012.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States Magistrate Judge